LISKOW & LEWIS
*Attorneys for Plaintiff*
*Zim Integrated Shipping Services Ltd.*
11 Broadway, Suite 615
New York, NY 10004
Tel.: (332) 286-5283
William H. Yost, Esq.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ZIM INTEGRATED SHIPPING SERVICES, LTD.<br><br>Plaintiff,<br><br>- against-<br><br>TD LOGISTICS, INC.<br><br>Defendant. | **COMPLAINT** |

Plaintiff ZIM INTEGRATED SHIPPING SERVICES, LTD. ("Zim" or "Plaintiff"), by and through its attorneys, Liskow & Lewis, as and for its Complaint against Defendant TD LOGISTICS, INC. ("TDL" or "Defendant"), alleges upon information and belief as follows:

## JURISDICTION AND VENUE

1.      This action involving a maritime contract for the demurrage and detention of shipping containers booked for ocean carriage from a foreign country to the United States properly lies within the maritime jurisdiction of this Honorable Court pursuant to 28 U.S.C. § 1333 and Federal Rule of Civil Procedure 9(h).

2.    This Court also has jurisdiction pursuant to 28 U.S.C. § 1332 because the value of the amount in controversy exceeds $75,000, exclusive of costs and interest, and there is complete diversity of citizenship between the parties.

3.    Venue is proper in this Court pursuant to the terms of the contractual terms between the parties.

## THE PARTIES

4.    Zim is a foreign business entity with a principal place of business in Haifa, Israel, and operates as a vessel operating common carrier.

5.    Upon information and belief, TDL is a California corporation, with a principal place of business located at 17800 Castleton Street, Suite 580, City of Industry, CA 91748.

## FACTS

6.    Plaintiff realleges and incorporates by reference, as though fully set forth, the allegations contained in Paragraphs 1-5 of this Complaint.

7.    In or around March 17, 2025, Zim issued seven (7) bills of lading (nos. ZIMUSNH7771953, ZIMUSNH7771954, ZIMUSNH7771955, ZIMUSNH7771956, ZIMUSNH7771957, ZIMUSNH7771958, and ZIMUSNH7771959) (collectively, the "Bills of Lading"), governing the transport of containerized goods from Shanghai, China to Houston, Texas, all of which identified TDL as the consignee.

8.    Zim transported approximately 20 separate containers under each of the seven Bills of Lading, for a total of approximately 140 containers (hereinafter, collectively, the "Containers").

9. Zim duly performed its transport services as an ocean carrier and discharged all Containers without incident at the Port of Houston, Texas on/about April 18-19, 2025.

10. Pursuant to the terms of the Bills of Lading, Zim's tariff, and applicable law, TDL was required to retrieve the Containers at the Port of Houston within the contractual "free time" period, failing which daily demurrage (i.e., storage) charges would begin to accrue.

11. TDI failed to retrieve any of the Containers within the contractual free time period, and demurrage charges began to accrue on/about April 25, 2025.

12. TDI failed to retrieve the Containers from the Port of Houston until September 24-26, 2025, meaning demurrage charges accrued between April 25, 2025 and September 24-26, 2025.

13. On September 29, 2025, Zim issued seven (7) separate demurrage invoices to TDI (nos. DIAH1660079856, DIAH1660079857, DIAH1660079858, DIAH1660079859, DIAH1660079861, DIAH1660079862, and DIAH1660079863) (collectively, the "Demurrage Invoices"), one for each Container.

14. The combined total amount due under the seven Demurrage Invoices is $7,050,260.00.

15. As stated in the Demurrage Invoices, payment was due by September 29, 2025.

16. As of the filing of this Complaint, TDI has failed to make any payment toward the Demurrage Invoices, despite due demand.

## FIRST CLAIM FOR RELIEF—BREACH OF CONTRACT

17. Plaintiff realleges and incorporates by reference, as though fully set forth, the allegations contained in Paragraphs 1-16 of this Complaint.

18.     TDI has breached the terms of the Bills of Lading, Zim's tariff, and the Demurrage Invoices by failing to pay Zim for the assessed demurrage and/or related charges.

19.     As a result of TDI's breach, Zim has suffered damages in the amount of $7,050,260.00 (seven million fifty thousand two-hundred sixty and 0/100 dollars).

## SECOND CLAIM FOR RELIEF—QUANTUM MERUIT

20.     Plaintiff realleges and incorporates by reference, as though fully set forth, the allegations contained in Paragraphs 1-19 of this Complaint.

21.     At TDI's request and/or for its benefit, Zim provided ocean transportation, equipment usage, storage, and related services for the shipments at issue.

22.     The services provided by Zim were accepted and retained by TDI under circumstances giving rise to a reasonable expectation that Zim would be compensated.

23.     The reasonable value of the services rendered by Zim is $7,050,260.00 (seven million fifty thousand two-hundred sixty and 0/100 dollars), for which TDI has failed and refused to pay.

WHEREFORE, Plaintiff ZIM INTEGRATED SHIPPING SERVICES, LTD. respectfully requests that judgment be entered in its favor and against Defendant TD LOGISTICS, INC. as follows:

a.  For damages in the amount of $7,050,260.00, or such other amount as may be proven at trial;

b.  For pre-judgment and post-judgment interest as allowed by law;

c.  For costs of suit, including reasonable attorneys' fees as permitted by the Bills of Lading, Zim's tariff, or applicable law; and

d.  For such other and further relief as the Court deems just and proper.

4

Dated:  New York, New York
            November 13, 2025

                                      LISKOW & LEWIS
                                        *Attorneys for Plaintiff*
                                        *Zim Integrated Shipping Services Ltd.*

By:     /s/ William H. Yost

                                          _____

                                        William H. Yost
                                        11 Broadway, Suite 615
                                        New York, NY 10004
                                        Tel.: (332) 286-5283
                                        whyost@liskow.com