UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIM INTEGRATED SHIPPING SERVICES,
LTD.,

                          Plaintiff,

          -v-

TD LOGISTICS, INC.,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2026

**ORDER**

25-CV-9492 (AT)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on April 9, 2026 to discuss next steps toward settlement. The parties advised that a settlement conference would not be productive at this time due to their current dispute regarding a stay, as described in ECF Nos. 32 and 33. Accordingly, no formal settlement conference will be scheduled at this time. If circumstances change, the parties should file a letter motion on the docket asking to schedule a settlement conference.

**SO ORDERED.**

Dated: April 9, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1