UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIM INTEGRATED SHIPPING SERVICES,
LTD.,

Plaintiff,

-against-

TD LOGISTICS, INC.,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   4/14/2026

25 Civ. 9492 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's pre-motion letter seeking leave to file a motion to stay this action pending a Federal Maritime Commission proceeding, ECF No. 32, as well as Plaintiff's response, ECF No. 33. Accordingly:

1. By **May 4, 2026,** Defendant shall file its motion to stay;
2. By **May 26, 2026,** Plaintiff shall respond;
3. By **June 8, 2026**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: April 14, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge