**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
ZIM INTEGRATED SHIPPING SERVICES,   |
LTD.   |
  |      Case No. 25-9492
              Plaintiff,   |
  |
v.   |
  |
TD LOGISTICS, INC.   |
  |
             Defendant.   |
---------------------------------------------------------------X

### TD LOGISTICS, INC.'S MOTION TO STAY
### PENDING FEDERAL MARITIME COMMISSION DETERMINATION

TD Logistics, Inc. ("TDL" or "Defendant") submits this motion to stay along with the accompanying memorandum of law in support, declaration of Jeffrey Wu and exhibits thereto. TDL respectfully requests this Court stay these proceedings until the Federal Maritime Commission ("FMC") determines whether Zim violated provisions of the Shipping Act, including but not limited to incorrectly invoicing TDL as a destination agent-notify party and refusing to issue a correct invoice pursuant to 46 U.S.C. §41104(d)(1), 46 U.S.C. 41104(e), and 46 541.7(d).

Dated: May 4, 2026
      New York, NY

                                     Attorneys for the Defendant,


                                         /s/ *Thomas L. Tisdale*
                                  Thomas L. Tisdale
                                  Tisdale & Nast Law Offices, LLC
                                  Chrysler Building
                                  405 Lexington Ave., 26th Floor
                                  New York, NY 10174
                                  Tel:    212 354 0025
                                  Fax:    212 869 0067
                                  *ttisdale@tisdale-law.com*

**<u>CERTIFICATION OF SERVICE</u>**

I hereby certify that on May 4, 2026 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF system.


/s/
Jamison T. Jedziniak

2