UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 10/26/2026

ZIM INTEGRATED SHIPPING SERVICES, LTD.,

Plaintiff,

-v-

TD LOGISTICS, INC.,

Defendant.

**ORDER**

25-CV-9492 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

To the extent Defendant TD Logistics, Inc. ("TDL") intends to file a motion for reconsideration addressed to the undersigned, *see* ECF No. 71, TDL is advised that it should file a pre-motion letter and request a conference with the undersigned before filing such motion.

**SO ORDERED.**

Dated: October 26, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge