UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/5/2026

ZIM INTEGRATED SHIPPING SERVICES, LTD.,

Plaintiff,

-v-

TD LOGISTICS, INC.,

Defendant.

**ORDER**

25-CV-9492 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion (the "Letter Motion") requesting leave to file a motion to stay discovery. ECF No. 76.

The Letter Motion will be discussed at the conference already scheduled for **November 19, 2026** at **11:00 a.m.**, in Courtroom 21D at 500 Pearl Street, New York, New York 10007. *See* ECF No. 75. Responses to the Letter Motion are due by **November 10, 2026**.

Given the amended referral order, ECF No. 78, the letter motions at ECF No. 32 and ECF No. 59 are **DENIED** as moot in light of the order at ECF No. 69. The Clerk of Court is respectfully directed to terminate the motions at ECF No. 32 and ECF No. 59 as **DENIED** as moot.

**SO ORDERED.**

Dated: November 5, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge