USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIM INTEGRATED SHIPPING SERVICES, LTD.,

Plaintiff,

-v-

TD LOGISTICS, INC.,

Defendant.

**ORDER**

25-CV-9492 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on November 19, 2026 to discuss the letter motion requesting to stay discovery at ECF No. 76, and the letter motion requesting leave to file a motion for reconsideration at ECF No. 74.

For the reasons articulated at the conference, Defendant Down Quark Systems LLC and Sunnyside Digital Inc.'s request to stay discovery is **GRANTED**. Discovery is hereby stayed for all parties in this case pending resolution of the motion to dismiss at ECF No. 84.

For the reasons articulated at the conference, TD Logistics, Inc.'s request for leave to file a motion for reconsideration of the Court's October 16, 2026 Order, ECF No. 69, is **DENIED**.

**SO ORDERED.**

Dated: November 19, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge