USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIM INTEGRATED SHIPPING SERVICES, LTD.,

Plaintiff,

-v-

TD LOGISTICS, INC.,

Defendant.

**ORDER**

25-CV-9492 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Defendant TD Logistics, Inc. is directed to answer or otherwise respond to the Amended Complaint by **December 7, 2026**. ECF No. 49.

**SO ORDERED.**

Dated: November 23, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge